United States Bankruptcy Court
Central District of California

In re:  
Stephen John Firestone  
Kelli Christine Firestone  
    Debtors

Case No. 18-19054-MW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6     User: admin     Page 1 of 2     Date Rcvd: Feb 04, 2019  
                                 Form ID: 318a     Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2019.

```
db/jdb       +Stephen John Firestone,   Kelli Christine Firestone,   10030 Sierra Vista Rd.,
               Phelan, CA 92371-4623
tr           +Todd A. Frealy (TR),   3403 Tenth Street, Suite 709,   Riverside, CA 92501-3641
39160601     +AT&T DirecTv,   800 SW 39th St.,   Renton, WA 98057-4927
39160603     +AWA Collections,   P.O. Box 6605,   Orange, CA 92863-6605
39160597     +Ad Astra Recovery Services,   7330 W. 33rd St.N. #118,   Wichita, KS 67205-9370
39160598     +Advance Cash America,   P.O. Box 944255,   Sacramento, CA 94244-2550
39160599     +Alaska USA Federal Credit Union,   P.O. Box 196613,   Anchorage, AK 99519-6613
39160602      Automobile Club of So Cal,   P.O. Box 25001,   Santa Ana, CA 92799-5001
39160605      Beverly Radiology,   P.O. Box 101418,   Pasadena, CA 91189-1418
39160606     +Big Picture Loans,   PO Box 704,   Watersmeet, MI 49969-0704
39160607     +Bridgecrest Formerly Drivetime,   P.O. Box 29018,   Phoenix, AZ 85038-9018
39160613      CMRE Financial Services,   3075 E. Imperial Highway, #200,   Brea, CA 92821-6753
39160611     +Cedars-Sinai Medical Center,   8700 Beverly Blvd,   Los Angeles, CA 90048-1865
39160612     +City of Hesperia,   9700 Seventh Ave.,   Hesperia, CA 92345-3495
39160616     +Desert Valley Hospital,   1633 Erringer Rd. 1st Floor,   Simi Valley, CA 93065-3557
39160617     +General Anesthesia Specialists,   PO Box 51508,   Los Angeles, CA 90051-5808
39160618     +High Desert Smiles,   PO Box 19723,   Irvine, CA 92623-9723
39160622      LCA Collections,   P.O. Box 2240,   Burlington, NC 27216-2240
39160621      Lab Corp of America,   P.O. Box 2240,   Burlington, NC 27216-2240
39160626     +Melinda D. Labuguen, MD,   5700 S. Wyck Blvd.,   Toledo, OH 43614-1509
39160627     +Northstar Location Srv, LLC,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
39160629     +Phelan Gas Co,   4590 Phelan Rd.,   Phelan, CA 92371-7673
39160631     +San Antonio Radiological Med.,   3705 E. Imperial Hwy. Ste. 200,   Brea, CA 92823
39160632     +San Antonio Regional Hospital,   8301 Elm Ave. Suite 300,   Rancho Cucamonga, CA 91730-3899
39160635     +St. Joseph Health,   1000 Trancas St.,   PO Box 2340,   Napa, CA 94558-0688
39160638     +The Bureaus,   650 Dundee Rd.,   Suite 370,   Northbrook, IL 60062-2757
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr           +EDI: FTAFREALY Feb 05 2019 08:38:00      Todd A. Frealy (TR),   3403 Tenth Street, Suite 709,
               Riverside, CA 92501-3641
smg           EDI: EDD.COM Feb 05 2019 08:33:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Feb 05 2019 08:38:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA  95812-2952
39160604      EDI: BANKAMER.COM Feb 05 2019 08:38:00      Bank of America,   P.O. Box 15019,
               Wilmington, DE 19886-5019
39160610      E-mail/Text: bankruptcy@cashcall.com Feb 05 2019 03:52:21      CashCall, Inc.,
               Attn: Loan Servicing,   P.O. Box 66007,   Anaheim, CA 92816
39160608     +E-mail/Text: SPECIALSERVICES@CRBAUTO.COM Feb 05 2019 03:52:12      California Republic Bank,
               PO Box 25085,   Santa Ana, CA 92799-5085
39160609     +EDI: CAPITALONE.COM Feb 05 2019 08:38:00      Capital One,   1680 Capital One Drive,
               Mc Lean, VA 22102-3407
39160614      EDI: RCSFNBMARIN.COM Feb 05 2019 08:38:00      Credit One Bank,   P.O. Box 60500,
               City of Industry, CA 91716-0500
39160615     +E-mail/Text: kthompson@crownasset.com Feb 05 2019 03:51:12      Crown Asset Management, LLC,
               3100 Breckenridge Blvd., Ste. 725,   Duluth, GA 30096-7605
39160639      EDI: RCSDELL.COM Feb 05 2019 08:38:00      Webbank DFS,   1 Dell Way,   Round Rock, TX 78682
39160619      EDI: IRS.COM Feb 05 2019 08:38:00      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
39160620      EDI: JEFFERSONCAP.COM Feb 05 2019 08:33:00      Jefferson Capital System,   16 McLeland Rd,
               Saint Cloud, MN 56303
39160624     +EDI: RESURGENT.COM Feb 05 2019 08:38:00      LVNV Funding, LLC,   P.O. Box 10497,
               Greenville, SC 29603-0497
39160623     +E-mail/Text: bankruptcy@loanme.com Feb 05 2019 03:52:20      Loan Me,
               1900 S. State College Blvd. Ste.300,   Anaheim, CA 92806-6152
39160625      E-mail/Text: SPECIALSERVICES@CRBAUTO.COM Feb 05 2019 03:52:12      Mechanics Bank Fka Crb,
               P.O. Box 25805,   Santa Ana, CA 92799
39160628      EDI: AGFINANCE.COM Feb 05 2019 08:38:00      One Main Financial,   P.O. Box 183172,
               Columbus, OH 43218-3172
39160630      EDI: PRA.COM Feb 05 2019 08:38:00      Portfolio Recovery Assoc, LLC,   140 Corporate Boulevard,
               Norfolk, VA 23502
39160634      EDI: AGFINANCE.COM Feb 05 2019 08:38:00      Springleaf Financial Services, Inc.,
               601 NW Second St.,   Evansville, IN 47708
39160633      E-mail/Text: bankruptcy@speedyinc.com Feb 05 2019 03:50:48      Speedy Cash,
               3611 North Ridge Road,   Wichita, KS 67205-1214
39160636      E-mail/Text: srsbankruptcy@statesrecovery.com Feb 05 2019 03:51:16
               States Recovery Systems Inc,   P.O. Box 2860,   Rancho Cordova, CA 95741-2860
39160637     +EDI: RMSC.COM Feb 05 2019 08:38:00      Syncb/Care Credit,   PO Box 965036,
               Orlando, FL 32896-5036
                                                                                              TOTAL: 21
```

```
District/off: 0973-6          User: admin              Page 2 of 2              Date Rcvd: Feb 04, 2019
                              Form ID: 318a            Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
39160600        ##+Amerassit AR Solutions,    8415 Pulsar Pl 250,    Columbus, OH 43240-4033
                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
```
              Nicholas M Wajda    on behalf of Debtor Stephen John Firestone info@wajdalawgroup.com,
               r47098@notify.bestcase.com
              Nicholas M Wajda    on behalf of Joint Debtor Kelli Christine Firestone info@wajdalawgroup.com,
               r47098@notify.bestcase.com
              Todd A. Frealy (TR)    taftrustee@lnbyb.com,   taf@trustesolutions.net
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
              Valerie  Smith   on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stephen John Firestone** | Social Security number or ITIN **xxx–xx–9647** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kelli Christine Firestone** | Social Security number or ITIN **xxx–xx–9040** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of California**

Case number:  **6:18–bk–19054–MW**

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephen John Firestone

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/4/19

Kelli Christine Firestone

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 2/4/19

**Dated:** 2/4/19

**By the court:** Mark S Wallace
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**12/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**